1  Robert W. Freeman, Jr., Esq.
   Nevada Bar No. 003062
2  Amy V. Mondragon, Esq.
   Nevada Bar No. 010156
3  FREEMAN & MONDRAGON
   1060 Wigwam Parkway
4  Henderson, Nevada 89074
   (702) 990-4913
5
   Attorneys for Defendant
6  American Family Mutual Insurance Company

7              **UNITED STATES DISTRICT COURT**

8                 **CLARK COUNTY, NEVADA**

9                    * * * * *

10 ERIKA MURATO individually;           )  CASE NO: 2:10-CV-0660-PMP-PAL
                                         )
11            Plaintiff,                 )  **STIPULATION AND ORDER FOR**
                                         )  **DISMISSAL WITH PREJUDICE**
12 vs.                                   )
                                         )
13 AMERICAN FAMILY MUTUAL INSURANCE      )
   COMPANY, DOES I-V and ROES VI-X,      )
14 inclusive.                            )
                                         )
15           Defendant.                  )

16      IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and

17 their respective counsel of record, and upon the representation having been made that all

18 claims have been settled. The above-entitled action may be dismissed with prejudice,

19 each party to bear its own costs and attorney fees.

20 DATED this 7th day of July, 2010.        DATED this 30 day of July, 2010.

21 FREEMAN & MONDRAGON                      DE CASTROVERDE LAW GROUP

22

23 Robert W. Freeman, Jr., Esq.            Alex De Castroverde, Esq.
   Nevada Bar No. 003062                  Nevada Bar No. 006950
24 Amy V. Mondragon                       1149 South Maryland Parkway
   Nevada Bar No. 010156                  Las Vegas, Nevada 89104
25 1060 Wigwam Parkway                    Attorneys for Plaintiff
   Henderson, Nevada 89074
26 Attorneys for Defendant
   American Family Mutual Insurance
27 Company

28 . . .

FREEMAN & MONDRAGON
1060 WIGWAM PARKWAY
HENDERSON, NEVADA 89074
TELEPHONE (702) 990-4913

## ORDER

BASED UPON THE FOREGOING STIPULATION and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter be dismissed, with prejudice, and each party to bear its own costs and attorneys fees.

DATED this _ 9th day of July, 2010.

_____
DISTRICT COURT JUDGE

Submitted by:

FREEMAN & MONDRAGON

_____
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Amy V. Mondragon, Esq.
Nevada Bar No. 010156
1060 Wigwam Parkway
Henderson, Nevada 89074
Attorneys for Defendants
Attorneys for Defendant
American Family Mutual Insurance Company

FREEMAN & MONDRAGON
1060 WIGWAM PARKWAY
HENDERSON, NEVADA 89074
TELEPHONE (702) 990-4913